**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

       - against -                      20-cr-27 (JGK)

**ARNOL GARCIA,**                              <u>ORDER</u>

                  Defendant.
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    Sentencing is adjourned to July 10, 2020 at 9:00 AM.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **June 12, 2020**            _____/s/ John G. Koeltl_____
                                                    **John G. Koeltl**
                                         **United States District Judge**